Appellant.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Philippine National Bank, Respondent, v. Banco Di Roma, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Leila O. Henriques, Appellant, v. Clara A. March and Others, Respondents, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

American Union Line, Inc., Respondent, v. Oriental Navigation Corporation, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Petition of Evelyn S. Donchian and Others, as Executors, etc., of John B. Donchian, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Joseph Suchanek, an Infant, etc., Respondent, v. Henry C. Fischer, Appellant. Mary Suchanek, Respondent, v. Henry C. Fischer, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Edward A. Veller, as Survivor, etc., Respondent, v. Beverwyck Company, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Francis R. Stoddard, Jr., as Superintendent of Insurance of the State of New York, Appellant, v. Thomas H. Guy, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Paul Meyer, Respondent, v. Woodward-Brown Realty Co., Inc., Appellant. — Motion for leave to appeal to the Court of Appeals granted; motion for reargument denied. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

The People of the State of New York ex rel. Jacob Yale Wilkins, Respondent, v. M. Ascher Silk Corporation and Others, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

The People of the State of New York ex rel. Jacob Yale Wilkins, Respondent, v. M. Ascher Silk Corporation and Other Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., D( 'ling, Smith, McAvoy and Martin, JJ.

Henrietta E. O'Connor, Respondent, v. Charles A. ollins, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, J., Dowling, Smith, McAvoy and Martin, JJ.

Max Jaffe and Others, Appellants, v. Stephen M. Weld and Others, Respondents.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Maurice O'Meara Company, Appellant, v. The National Park Bank of New York, Respondent.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Lewis B. Dolgoff, Appellant, v. Max Schnitzer and Others, Respondents.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

Kenneth Fairbanks, Respondent. v. Ferdinand C. Townsend and Others,

Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KENNETH FAIRBANKS, Respondent, v. FERDINAND C. TOWNSEND and Others, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ROSE ABRAHAMS, Respondent, v. JACOB SHAINESS, Appellant, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ROSE ABRAHAMS, Respondent, v. JACOB SHAINESS, Appellant, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOHN W. SCHWARTZ, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application of JOHN D. LINDSAY, Appellant. (JOHN F. HYLAN and Others.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application of DAVID HIRSHFIELD, as Commissioner, etc (AUGUSTUS J. RINK.) — Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JULIUS STEIERMAN, Appellant, v. REGAL SHIRT Co., INC., and Others, Respondents.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KATE T. HICKIE, Appellant, v. ALEXANDER MACTIER HADDEN, Respondent.— Motion denied. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

AUGUSTA E. STETSON, Respondent, v. GALEN M. HARRIS and Others, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin. JJ.

In the Matter of the Application of PHIL GLEICHMAN. (SIDNEY R. KENT.) — Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HARRY L. DAURNHEIM, Appellant, v. ROANOKE CITY MILLS, INC., Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant, v. JOHN M. LARSEN, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ANNA LERMAN, Respondent, v. JOB E. HEDGES, Receiver, etc., Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

CAMILLE B. BROCK, Respondent, v. WARREN FILM Co., INC., and Another, Appellants.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK and Others, Plaintiffs, v. MARY C. BISHOP and Others, Respondents, Impleaded with ABIGAIL HANCOCK BISHOP, Appellant, and Others, Defendants.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK and Others, as Trustees, etc., Respondents, v. JAMES C. BISHOP and Others, Defendants,